IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS LAMBERT, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> MAURICE W. COSTELLO, an individual; <br><br> Defendant. | 4:18CV3038 <br><br> **ORDER** |

The court's scheduling order for this case states: "Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute." (Filing No. 15 at CM/ECF p. 2). The purpose of this requirement is to limit motion practice in favor of first requiring candid discussions between counsel before contacting the court, and absent a resolution between counsel alone, then exploring potential resolution through court-facilitated discussions. Unnecessary motion practice is both expensive and time-consuming, and it undermines the goal of securing "a just, speedy, and inexpensive determination" of this case. Fed.Civ.R.1.

Defendant did not comply with the court's order before filing a motion to compel.

Accordingly,

IT IS ORDERED that Defendant's motion to compel, (Filing No. 23), is denied.

September 11, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge