IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DOUGLAS LAMBERT, an individual; | |
|---|---|
| Plaintiff, | 4:18CV3038 |
| vs. | |
| MAURICE W. COSTELLO, an individual; | ORDER |
| Defendant. | |

IT IS ORDERED:

A hearing will be held by telephone on September 21, 2018 at 1:00 p.m. to discuss the pending discovery disputes. The parties shall use the conferencing information assigned to this case, (see Filing No. 16), to participate in the hearing.

September 14, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge