IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DOUGLAS LAMBERT, an individual; | |
|---|---|
| Plaintiff, | 4:18CV3038 |
| vs. | |
| MAURICE W. COSTELLO, an individual; | ORDER |
| Defendant. | |

IT IS ORDERED that Defendant's unopposed Motion to Continue *Deadlines* (Filing No. 28) is granted. The progression order has been amended as follows:

1) Defendant's deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)) is now January 15, 2019.

2) Defendant's deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is now February 15, 2019.

3) The deposition deadline is now January 31, 2019.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 28, 2019.

5) Any remaining deadlines are unchanged.

Dated this 15th day of October, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge