IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DOUGLAS LAMBERT, an individual; | |
|---|---|
| Plaintiff, | 4:18CV3038 |
| vs. | |
| MAURICE W. COSTELLO, an individual; | ORDER |
| Defendant. | |

During the conference held on October 23, 2018, counsel explained that a Rule 35 examination had been scheduled, after which the parties may be in a better position to engage in informed settlement discussions. Expert disclosures (and the associated costs) will begin with identification on January 15, 2019, with full disclosures due on February 15, 2019.

Accordingly,

IT IS ORDERED that a telephonic conference with the undersigned magistrate judge will be held on January 2, 2019 at 1:00 p.m. to discuss the status of case preparation and the parties' interest in pursuing early settlement. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 15), to participate in the call.

October 26, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge