IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DOUGLAS LAMBERT, an individual; | |
|---|---|
| Plaintiff, | 4:18CV3038 |
| vs. | |
| MAURICE W. COSTELLO, an individual; | ORDER |
| Defendant. | |

A summary judgment motion is pending and counsel state they are currently engaged in settlement discussions. After conferring with counsel, and at Defendant's unopposed request,

IT IS ORDERED that the unexpired case progression deadlines are stayed pending a ruling on the motion for summary judgment.

January 2, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge